Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com
**K&L GATES**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 617.261.3175

*Attorney for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEMAX INC,<br><br>　　　　　Defendant. | Case No. 8:23-cv-00074-DOC-DFM<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT – WEMAX, INC.**<br><br>[Assigned to the Hon. David O. Carter, Courtroom 10A] |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Account No 182771- 2023-01324　　　　　　　　　　　Civil Action No.: 8:23-CV-00074-DOC-DFM

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

EPSON AMERICA, INC.

Plaintiff

vs

WEMAX INC.

Defendant

## AFFIDAVIT OF SERVICE

STATE OF NY
COUNTY OF NASSAU

_WILLIAM CANCROFT_ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of __New York__. Deponent further states that on _JANUARY 24th_ 20 _23_ at _3:21_ P.M. at __28 LIBERTY STREET, NEW YORK, NY 10005__ deponent served the within **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **WEMAX INC. C/O CT CORPORATION**, recipient therein named,

CORPORATION [✓] by delivering thereat a true copy of each to _OSMARA MARTINEZ_ personally, deponent knew said corporation so served to be the corporation described in said summons and knew said individual to be (TITLE) _AUTHORIZED INTAKE SPECIALIST_, thereof said corporation.

DESCRIPTION [✓] Deponent describes the individual served as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] Male | [ ] White Skin | [✓] Black Hair | [ ] White Hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [✓] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [✓] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow Skin | [ ] Blond Hair | | [ ] 36-50 Yrs | [✓] 5'4"-5'8" | [✓] 131-160 Lbs |
| | [✓] Brown Skin | [ ] Grey Hair | | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | [ ] Red Skin | [ ] Red Hair | | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other identifying features: _____

Sworn to before me, this
_27th_ day of _JAN_ 20 _23_

_____
NOTARY PUBLIC

**KEVIN MCCARTHY**
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2023

_William Cancroft_
Signature

_William Cancroft_
Print Full Name

Served through Associated Services | www.Associated.Legal