Scott M. Plamondon, State Bar No. 212294
scott@plamondonlaw.com
**Plamondon Law Group**
428 J Street, 4th Floor
Sacramento, CA 95814
T:      (916) 426-6510

*Attorney for Defendant*
*Wemax, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br>Plaintiff,<br><br>v.<br><br>WEMAX, INC.,<br>Defendant. | Civil Action No. 8:23-cv-00074<br><br>**NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT

AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the parties are given 30 days to file the said Stipulated Dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines as set forth in the June 5, 2023 Minute Order.

Defendant is filing this Notice and Motion with Plaintiff's approval and permission.

Respectfully Submitted,

Wemax,
By its attorneys,
/s/ Scott M. Plamondon
DATE: June 23, 2023

Epson of America
By its attorneys,
/s/ Morgan Nickerson
DATE: June 23, 2023