Christina N. Goodrich(SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klates.com
Morgan T. Nickerson (*admitted pro hac vice*)
morgan.nickerson@klgates.com
K&L GATES LLP
10100, Santa Monica Blvd., 8th Flr.
Los Angeles, CA 90019
T: (310) 552-5000
F: (310) 552-5001

*Attorneys for Plaintiff
Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEMAX INC.,<br><br>　　　　Defendant. | Case No.: 8:23-cv-00074-HDV-DFM<br><br>**JOINT STIPULATIONS FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Courtroom 5B<br>The Hon. Hernán D. Vera |

1

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff Epson America, Inc. ("Epson") and Defendant Wemax, Inc. ("Wemax"), by and through their respective counsel of record, hereby respectfully submit this stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action. The dismissal shall include all claims and counterclaims against all Parties to the action. The Central District of California retains full jurisdiction to enforce the settlement.

Dated: 8/7/23                          **K&L GATES LLP**

                                       By:  /s/ *Zachary T. Timm*
                                            Morgan T. Nickerson
                                            Zachary T. Timm

                                            Attorneys for Plaintiff
                                            Epson America, Inc.

Dated: 8/7/23                          **PLAMONDON LAW GROUP**

                                       By:  /s/ *Scott M. Plamondon*
                                            Scott M. Plamondon

                                            Attorney for Defendant
                                            Wemax Inc.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

K&L GATES LLP

By:  /s/ *Zachary T. Timm*
     Zachary T. Timm